**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DESIGNLYNX PRODUCTS LLC, | |
| Plaintiff, | |
| v. | Case No. 1:24-cv-03575 |
| | **Judge Thomas M. Durkin** |
| THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | **Magistrate Judge Jeannice W. Appenteng** |
| Defendant. | |

## DECLARATION OF XIN CHEN

I, Xin Chen, declare as follows:

1.    I am the Chief Executive Officer of Larryhot Trading Co., Ltd. (**Larryhot**), which operates the internet store, mattch-better.com (the **Store**), identified in this lawsuit.  In this capacity, I have personal knowledge of the Store's operation and sales and have access to Larryhot's business records.

2.    I make this declaration based on my personal knowledge and after reviewing Larryhot's business records.  If called as a witness, I can competently testify to the matters stated herein.

3.    Larryhot is incorporated and has its principal place of business in China.  Larryhot operates the Store exclusively in China.  Larryhot has never owned or utilized an office, hired employees, agents, or representatives, maintained bank accounts, owned assets or properties, or qualified to do business in Illinois or any other part of the United States.

4.    Neither the Store nor Larryhot has targeted Illinois residents with their advertisements, nor directed any marketing efforts or materials at Illinois.

5.      Designlynx Products LLC (the **Plaintiff**) alleges the Store has infringed on its trademark and copyrights.  The Store's operations team reviewed the complaint, the exhibits attached thereto, and the snapshots of the Store's products that Plaintiff provided as **Exhibit A**.  After reviewing these materials, the operations team conducted a diligent search of the Store's sales records for the allegedly infringing products.  Specifically, the operations team accessed the backend data system of the Store's website and performed a thorough search using the Plaintiff's brand name, product descriptions as keywords, including "Carrier," "club," "DesignLynx", "Golf Club Travel Bag," "golf," "Portable Golf Club Carrier," "Portable," "SILO Golf Club Carrier," "SILO," and "Transporter," *etc*.  The operations team also searched the alleged copyrighted works mentioned in the complaint against the pictures in our backend data system.  They then manually reviewed the search results against the images on the Plaintiff's website and the alleged copyrighted works to identify any listings matching by appearance or use of similar brand keywords.

6.      **Exhibit B** contains complete and accurate sales records of the search results, maintained in the ordinary course of Larryhot's business.  Exhibit B shows that the Store has made *no* sales of the allegedly infringing products in Illinois, but only a single sale to Florida, resulting in total revenue of $26.58.  The buyer's name was "Vladmir SLO-FTE Karen" and shipping address was "1834 Gunn Highway, Odessa, Florida 33556."

7.      The Store initially listed the allegedly infringing products for sale on or around March 19, 2023.  The Store's operations team, responsible for monitoring products on rival e-commerce websites, identified similar products on those websites and found multiple suppliers of the alleged products.  Several different brands and sellers are marketing similar products.  **Exhibit C**.

8.      The Store was not aware, nor had any reason to be aware, that it was potentially infringing any copyrights, as it did not believe that any company had exclusive rights to the products alleged in the complaint.  The Store has not attempted to market or pass off its products as those of

the Plaintiff or any other party.

9.      When listing the images shown in Exhibit A, the operations team used the images available from the suppliers or other sources which did not contain the "Rival and Revel" or "SILO" marks.  The Defendant and the Store did not remove the alleged "Rival and Revel" or "SILO" marks from those images.  Nor did they know or have reason to know that those marks were removed or altered from the images, or that distribution of the alleged products would induce, enable, facilitate, or conceal an infringement of the alleged marks.

10.     The Store has one PayPal account for the allegedly infringing products, Rnalemoa@outlook.com, with a total frozen amount of $238,288.85 due to the asset restraints imposed by this litigation.

11.     The Store still plans to continue business operations.  However, the existing restraints significantly hinder the Store's liquidity and ability to maintain normal operations.

12.     Larryhot was notified of the current litigation through e-mail and was not served through the central authority of China in accordance with the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents.

13.     Upon notice of the current litigation, Larryhot has permanently removed the listings of the allegedly infringing products.  While Larryhot is moving to challenge the Preliminary Injunction Order (Dkt. 40), Larryhot assures the court it will not relist the allegedly infringing products for sale until further ordered by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed on this 4 day of July, 2024, in Xiamen, Fujian Province, China.

Dated: July 4, 2024

By: Xin Chen

Xin Chen

# EXHIBIT A









# Mattch-better.US

Express checkout

OR

## Contact information



Merc Amg (mercamg0044@gmail.com)
Log out

☐ Email me with news and offers

## Shipping address

| Use a new address | ▾ |

| Country/Region United States (US) | ▾ |

First name
Merc

Last name
AMG

Address
21301 Powerline Rd

Apartment, suite, etc. (optional)

City
Boca Raton

State
Florida

ZIP code
33433

+1  Phone
(618) 476-5344

---

1 Portable Golf Club Carrier 🔥 New
Product First Launch Offer-49% OFF 🔥          $ 19.99
Grey / ONLY 1

Coupon code                     Apply

| Subtotal | $ 19.99 |
| Shipping Insurance | $ 0.60 |
| Shipping | $ 5.99 |

| Total | USD $ 26.58 |

— WHY CHOOSE US? —

**100% Satisfaction**
If you have any questions within 30 days, you can
contact our after-sales center at any time for returns and refunds

**Over 34.245 successfully shipped orders**
We made as much happy customers as many orders we shipped.
You simply have to join our big family.

# EXHIBIT B





# EXHIBIT C





7/3/24, 3:22 PM — Sport Panda Golf Club Carrier, Golf Bag Tubes Organizer Stand for Holding 6 Golf Clubs | Lazada PH

https://www.lazada.com.ph/products/sport-panda-golf-club-carrier-golf-bag-tubes-organizer-stand-for-holding-6-golf-clubs-i3930894333.html

1/4





7/3/24, 8:11 PM         Golf Club Carrier - Portable Holder for 6 Clubs — Orionmarts International



HOME   ALL PRODUCTS   ALL COLLECTIONS   LATEST NEWS





### GOLF CLUB CARRIER

$24.99

Color

Pick a Color

ONLY 9 LEFT

**MAKE A SELECTION**

| 00 | : | 24 | : | 17 |
| Hours | | Minutes | | Seconds |

Sale Ends Once the Timer Hits Zero

**PRODUCT DETAILS**

Overview:
Holds up to 6 clubs, 3 tees, and features a magnetic ball marker
Excellent for the driving range, community par 3 courses, executive courses, or simulators
Keeps grips dry when standing up with clubs
Fits in most bags • perfect for cart only



7/3/24, 8:02 PM    LVJMOB 1pcs Golf Club Carrier~Carry Driving Range Travel Golf Club Grip Regripping Kit Golf Club Holder Organiser for 6 Clubs (Color : Blue-white, Size : One Size) : Buy Online at B…



