UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO.: 1:24-cv- 03575

DESIGNLYNX PRODUCTS LLC,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SATISFACTION OF JUDGMENT

Plaintiff DESIGNLYNX PRODUCTS LLC., by and through its undersigned counsel, hereby acknowledges that the judgment entered in this case on August 29, 2024 against the following defendants, has been satisfied:

    a. Bluenight Outdoors Store (Defendant No. 26 on Schedule "A");

    b. walkinhorizon Store (Defendant No. 32 on Schedule "A");

    c. ProOutdoor Store (Defendant No. 52 on Schedule "A");

    d. let'skeeping Store (Defendant No. 58 on Schedule "A");

    e. Outdoor Assistant Store (Defendant No. 60 on Schedule "A");

    f. Outdoor Riding4 Store (Defendant No. 69 on Schedule "A");

    g. Top-Outdoor Tool Store (Defendant No. 88 on Schedule "A"); and

    h. Camping Lantern Store (Defendant No. 96 on Schedule "A");

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgement.

Dated:  May 21, 2025                                Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number:  98220
joel.rothman@sriplaw.com
ANGELA M. NIEVES
Florida Bar Number:  1032760
angela.nieves@sriplaw.com

**SRIPLAW, PA**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Designlynx Products LLC*